UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN GARY PIERRE,<br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; TODD BLANCHE, Acting Attorney General of the United States, U.S. Department of Justice,<br>Respondents. | Case No.: 3:26-cv-04938-LEK-MMP<br><br>**MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT** |

Petitioner Jean Gary Pierre ("Petitioner") filed a Petition for Writ of Habeas Corpus and Order to Show Cause Within Three Days; Complaint for Declaratory and Injunctive Relief ("Petition") on August 31, 2026. [Dkt. no. 1.] On September 8, 2026, this Court issued an order granting the Petition in part ("9/8 Order"). [Dkt. no. 7.] The 9/8 Order directed the respondents, identified in the Petition as Christopher LaRose, Warden, Otay Mesa Detention Center; Markwayne Mullin, Secretary, U.S. Department of Homeland Security; David J. Venturella, Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; and Todd Blanche, Acting Attorney General of the United States, U.S. Department of Justice ("Respondents"), to release Petitioner consistent with the terms of the 9/8 Order. [Id. at 5.]

On September 9, 2026, Respondents filed the parties' Joint Status Report. [Dkt. no. 8.] The parties report that Petitioner was released from custody on September 8, 2026. [Id. at 1.]

In light of the parties' Joint Status Report, there are no remaining issues in this case. The Clerk's Office is DIRECTED to enter judgment in favor of Petitioner pursuant to the 9/8 Order and to close this case immediately.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, October 8, 2026.

/s/ Leslie E. Kobayashi

Leslie E. Kobayashi
Senior U.S. District Judge

**JEAN GARY PIERRE VS. CHRISTOPHER LAROSE ET AL.; CASE NO. 3:26-CV-04938-LEK-MMP; MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT**